UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TULIO F. PATINO,

       Petitioner,             3:09-cv-0336-RCJ-RAM

vs.                               **ORDER**

JACK PALMER, *et al.*,

       Respondents.

Tulio Patino, a Nevada prisoner represented by counsel, has filed a Motion for Partial Dismissal (docket #25) seeking dismissal without prejudice of his unexhausted second ground for relief. Respondents have not opposed this motion. Good cause appear,

**IT IS THEREFORE ORDERED** that petitioner's motion (docket #25) is **granted.** Ground two of the petition is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that respondents shall have thirty (30) days to file their answer to the remaining grounds for relief. Thereafter, petitioner shall have thirty (30) days to reply.

DATED: This 26th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE