```
                FILED          RECEIVED
                ENTERED        SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    JAN 1 4 2011

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
         BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TULIO F. PATINO,  )
        Petitioner,  )    3:09-cv-0336-RCJ-RAM
vs.  )    **ORDER**
JACK PALMER, *et al.*,  )
        Respondents.  )

Before the Court is petitioner's unopposed motion for enlargement of time in which to file and serve a reply to the answer to the petition for writ of habeas corpus (docket #30). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including February 11, 2011, in which to file and serve a reply to the answer to the petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that petitioner's previously unaddressed motion for late filing (docket 21) is **GRANTED** *nunc pro tunc.*

DATED: January 14, 2011

                                                          UNITED STATES DISTRICT JUDGE