AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

TULIO PATINO,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:09-CV-00336-RCJ-RAM**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED. No certificate of appealability shall issue.


   4/1/2011                                **LANCE S. WILSON**
                                                                                                                    Clerk

                                                                                            /s/ P. McDonald
                                                                                            Deputy Clerk